176 A.3d 227

IN RE: ACCUTANE LITIGATION (ANGELO
ANNUZZI—CROSS–PETITIONER)

C–390 September Term 2017
079933

December 8, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–4760–14 and A–164–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted.

176 A.3d 227

BEAVER LAKE REALTY COMPANY, PLAINTIFF,
v. NJ DEPARTMENT OF ENVIRONMENTAL
PROTECTION, DEFENDANT–MOVANT.

M–421 September Term 2017
080162

December 8, 2017

ORDER

It is ORDERED that the motion for leave to file an answering brief as within time is granted.